FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 4:37 pm, Jul 24, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| **PATRICIA VICKERS, as Surviving Spouse of JESSIE VICKERS, deceased, and on behalf of the Estate of JESSIE VICKERS,** ) ) ) ) ) ) | |
| Plaintiff, ) | Civil Action No. |
| ) | 5:20-cv-00078-LGW-BWC |
| v. ) | |
| ) | |
| **CARNIVAL CORPORATION,** ) ) | |
| Defendant. ) ) | |

**CONSENT ORDER TRANSFERRING ACTION TO THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION, PURSUANT TO 28 U.S.C. §1404(a) AND STAYING ALL PROCEEDINGS PENDING TRANSFER**

Plaintiff PATRICIA VICKERS ("Plaintiff") and Defendant CARNIVAL CORPORATION ("Carnival"), having jointly moved the Court to:

1. Transfer this action to the U.S. District Court for the Southern District of Florida, Miami Division pursuant to 28 U.S.C. §1404(a) and the forum-selection clause in Plaintiff's Ticket Contract entered into with Carnival for passage on a Carnival *Ecstasy* cruise vessel; and

2. Stay all proceedings pending the transfer up to and including ten (10) days following the transfer.

3. The Court having read and considered the parties' Joint Consent Motion (the "Motion") and further, the Court finding that such transfer and stay of proceedings is consistent with applicable law and precedent, the Court hereby grants the Motion.

**IT IS ORDERED AND DECREED** that this action is hereby **TRANSFERRED** to the U.S. District Court for the Southern District of Florida, Miami Division, for all further proceedings and all proceedings in this case shall be stayed until ten (10) days after the transfer of this case.

This 24th day of   July  , 2020.

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA